**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **KATHLEEN LAY,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No. 15-CV-330-TCK-FHM |
| **KAISER-FRANCIS OIL COMPANY,** | ) ) ) |
| **Defendant.** | ) |

## ORDER

Plaintiff's Unopposed Motion to Voluntarily Dismiss (Doc. 27) is GRANTED, and this matter is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court will enter a separate judgment of dismissal.

**SO ORDERED** this 12th day of April, 2016.

_____
TERENCE C. KERN
UNITED STATES DISTRICT JUDGE