IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

KATHLEEN LAY,                )
                             )
         Plaintiff,          )
                             )
v.                           )     Case No.  15-CV-330-TCK-FHM
                             )
KAISER-FRANCIS OIL COMPANY,  )
                             )
         Defendant.          )

## JUDGMENT OF DISMISSAL

The Court hereby enters this judgment of dismissal with prejudice. This Judgment terminates the litigation.

**SO ORDERED** this 12th day of April, 2016.

_____
TERENCE C. KERN
UNITED STATES DISTRICT JUDGE